IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOPOINT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LEAH ATTIS, ANDREW DICKHAUT AND CATAPULT SOLUTIONS LLC d/b/a CATAPULT SOLUTIONS GROUP,<br><br>Defendants. | Case No. 1:20-cv-10118-RGS |

## ORDER GRANTING LEAH ATTIS'S EMERGENCY MOTION FOR LEAVE TO CONDUCT TARGETED EXPEDITED DISCOVERY

On consideration of Defendant Leah Attis' ("Attis") Emergency Motion for Leave to Conduct Targeted Expedited Discovery (the "Motion") and the documents filed in support of such Motion, IT IS HEREBY ORDERED THAT:

1. Plaintiff BioPoint, Inc. ("BioPoint") shall respond to Attis' document requests attached as Exhibits 1 to Attis' Motion, within seven (7) days of BioPoint's receipt of this Order;

2. BioPoint shall serve written responses to Attis' Interrogatories attached as Exhibit 2 to Attis' Motion within seven (7) days of BioPoint's receipt of this Order;

3. A corporate representative from BioPoint shall appear for deposition, at the offices of Attis' counsel, within thirty (30) days after BioPoint has responded to the document requests and interrogatories attached as Exhibit 1 and Exhibit 2 of Attis' Motion.

Dated this 11th day of Feb., 2020

BY THE COURT:

Richard D. Stearns