UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-10118-RGS

BIOPOINT, INC.

v.

ANDREW DICKHAUT and
CATAPULT STAFFING, LLC

JURY VERDICT

## Claim I (Misappropriation of Trade Secrets)

Q.1   Has BioPoint proven by a preponderance of the evidence that Andrew Dickhaut and Catapult misappropriated trade secrets owned by BioPoint?

A.1       Yes   ✓

          No   ____

If the answer is to Q.1 is "Yes," please answer Q.2. Otherwise proceed to Q.3.

Q.2   Has BioPoint proven by a preponderance of the evidence that Andrew Dickhaut and Catapult misappropriated BioPoint's trade secrets concerning one of more of the following individuals/entities (please specify by placing a check mark as appropriate):

A.2

|    | (Potential) Consultant | Yes | No |
|----|------------------------|-----|-----|
| a. | Candida Fratazzi       | ✓   |     |
| b. | Stephen Haworth        | ✓   |     |
| c. | Chris Da Costa         | ✓   |     |
| d. | Chris Foley            |     | ✓   |
| e. | Jordan Potheir         |     | ✓   |

|    | (Potential) Client | Yes | No |
|----|--------------------|-----|-----|
| f. | Vedanta            | ✓   |     |
| g. | Shire/Takeda       | ✓   |     |
| h. | Moderna            |     | ✓   |

Please answer Q.3.

## CLAIM II (Tortious Interference)

Q.3. Has BioPoint proven by a preponderance of the evidence that Andrew Dichaut and Catapult intentionally interfered with BioPoint's prospective business relationships?

A.3           Yes   ✓

              No    ____

If the answer is to Q.3 is "Yes," please answer Q.4. Otherwise proceed to the next page.

Q.4  Has BioPoint proven by a preponderance of the evidence that Andrew Dickhaut and Catapult intentionally interfered with its prospective business relationship with the following individuals/entities? please specify by placing a check mark as appropriate):

A.4

|    | (Potential) Consultant | Yes | No |
|----|------------------------|-----|-----|
| a. | Candida Fratazzi       | ✓   |     |

|    | (Potential) Client | Yes | No |
|----|--------------------|-----|-----|
| b. | Moderna            |     | ✓   |
| c. | Vedanta            |     | ✓   |

If the answer to Q.2.a and/or Q.4.a is "Yes," please answer Q.5. If the answers are "No," you have reached a verdict.

**DAMAGES**

Q.5  What amount of money does the jury award BioPoint as reasonable compensation for the damages it incurred in the placement of Dr. Fratazzi because of Andrew Dickhaut's and Catapult's conduct?

A.5      $ _312,000_____
                  (amount in figures)

_Three hundred twelve thousands dollars_
(amount in words)

I certify that the foregoing answers are the unanimous answers of the jury.

_Sheryd Saponar_
Foreperson

Dated: _June 22, 2022_

3