UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BioPoint, Inc.

**Plaintiff**

v.    Civil Action No. 1:20-10118-RGS

Andrew Dickhaut & Catapult Staffing, LLC
d/b/a Catapult Solutions Group

**Defendant**

# JUDGMENT

**STEARNS, D.J.**

In accordance with the court's Findings of Fact, Rulings of Law, and Order after a Bench Trial [Dkt # 227], it is **ORDERED** and **ADJUDGED:**

- The court finds that defendant Catapult was unjustly enriched by the sum of $1,375,148 by defendant Dickhaut's misappropriation of BioPoint's trade secrets.

- The court finds that Dickhaut and Catapult's conduct also violated the Massachusetts Fair Business Practices Act, Gen. Laws ch. 93A.

- The court finds that defendants' conduct was knowing and willful.

- The court in its discretion awards treble damages to plaintiff BioPoint for a total sum of $5,061,444.

- The court further determines that BioPoint is entitled to an award of reasonable costs and attorneys' fees.

By the court,

April 26, 2023     /s/ Arnold Pacho
Date               Deputy Clerk