UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 20-10118-RGS

BIOPOINT, INC.

v.

ANDREW DICKHAUT and CATAPULT STAFFING, LLC
d/b/a CATAPULT SOLUTIONS GROUP

### AMENDED JUDGMENT

**STEARNS, D.J.**

Consistent with the court's Findings of Fact, Rulings of Law, and Order after a Bench Trial [Dkt # 227], it is **ORDERED** and **ADJUDGED**:

- The court finds that defendant Catapult was unjustly enriched by the sum of $1,322,792 by defendant Dickhaut's misappropriation of BioPoint's trade secrets.

- The court finds that Dickhaut and Catapult's conduct also violated the Massachusetts Fair Business Practices Act, Gen. Laws ch. 93A.

- The court finds that defendants' conduct was knowing and willful.

- The court in its discretion awards treble damages to plaintiff BioPoint for a total sum of $4,904,376 to be paid by Catapult.

- The court further determines that BioPoint is entitled to an award of reasonable costs in the amount of $ 24,290.27 and attorneys' fees in the amount of $2,503,457 to be paid by Catapult.

- The court further determines that BioPoint is entitled to an award of prejudgment interest in the amount of $122,279 and postjudgment interest, applying the federal interest rate to the entire judgment, including awarded attorneys' fees and costs, to accrue from the date of the district court's original judgment (April 26, 2023) to be paid by Catapult.

Date: 11/18/2024                                              /s/Jacqueline Martin

                                                                            Deputy Clerk